IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EARL WILLIAMS                                                                                    PLAINTIFF

v.                           NO. 3:22-cv-00221-PSH

KILOLO KIJAKAZI, Acting Commissioner of                               DEFENDANT
the Social Security Administration

### ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to remand for further administrative proceedings pursuant to "sentence four" of 42 U.S.C. 405(g). See Docket Entry 12. For good cause shown, the motion is granted. This case is remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Earl Williams' subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 30th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE