IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EARL WILLIAMS                                                                         PLAINTIFF

v.                              NO. 3:22-cv-00221-PSH

KILOLO KIJAKAZI, Acting Commissioner of                                 DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Earl Williams.

IT IS SO ORDERED this 30th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE