IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


EARL WILLIAMS                                                                              PLAINTIFF


v.                          NO. 3:22-cv-00221-PSH


KILOLO KIJAKAZI, Acting Commissioner                                    DEFENDANT
of the Social Security Administration


**ORDER**

Plaintiff Earl Williams ("Williams") and the Acting Commissioner of the Social Security Administration ("Acting Commissioner") have filed a joint stipulation for the allowance of attorney fees and expenses under the Equal Access to Justice Act ("EAJA"). See Docket Entry 18. In the stipulation, the parties agree that Williams is entitled to attorney fees in the amount of $3,677.85 and expenses in the amount of $21.99.

Pursuant to the parties' stipulation, Williams is awarded attorney fees in the amount of $3,677.85 and expenses in the amount of $21.99. The Acting Commissioner shall disburse the attorney fees and costs to Williams in accordance with the terms set forth in the stipulation. Williams' pending

motion for an award of attorney's fees and other expenses under the provisions of the EAJA is denied as moot.

IT IS SO ORDERED this 24th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE